```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION


HARRY MEYER KATZ,                      )
                                       )
              Movant,                  )
                                       )
        vs.                            )      No. 4:07CV1454-DJS
                                       )
UNITED STATES OF AMERICA,              )
                                       )
              Respondent.              )
```

### JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the instant motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. §2255 is denied.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that no certificate of probable cause to appeal or certificate of appealability shall issue from this Court.

Dated this ___7th___ day of December, 2009.

```
                               /s/Donald J. Stohr
                               UNITED STATES DISTRICT JUDGE
```